United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSE EUGENIO AZUA ZAVALA,<br>        Petitioner, | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:26-cv-03755 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| BRET BRADFORD, *et al*,<br>        Respondents. | §<br>§ | |

### ORDER

Petitioner Jose Eugenio Azua Zavala filed a petition for writ of *habeas corpus* under 28 USC §2241 on May 11, 2026. Dkt 1. Prior order directed the Government to show cause with a filing that establishes the propriety of Petitioner's continued detention. Dkt 4 at 2.

Pending now is a motion by the Government for leave to file an amended response. Dkt 7. It indicates that a prior filing inadvertently excluded a full response, which instead attached only supporting documents. Id at 2; see Dkt 5. A copy of its amended response is attached with the motion. See Dkt 7-1.

The motion by the Government for leave to file an amended response is GRANTED. Dkt 7.

The amended response is DEEMED filed. Dkt 7-1.

Petitioner is ORDERED to file any reply to the amended response by June 2, 2026.

Petitioner's request to strike the deficient, prior response by the Government is DENIED AS MOOT. See Dkt 6 at 2.

Hearing will be set if determined necessary after briefing closes.

SO ORDERED.

Signed on May 27, 2026, at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge